IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORENA SCOTT VIERA,<br><br>　　　　　　　　Plaintiff,<br><br>– against–<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　　Defendants. | Case No.: 1:25-cv-03425-SEG-LTW<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

　　　Plaintiff Lorena Scott Viera ("Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached an agreement in principle to settle the above-referenced matter and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Voluntary Dismissal with Prejudice as to Equifax once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Equifax be excused from all future appearances and deadlines until this matter is dismissed.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Thank you for your time and attention to this matter.

Dated: June 25, 2025

                                     Respectfully submitted,

                                     **Law Offices of Robert S. Gitmeid & Associates, PLLC**

                                     */s/ LaTonya Sims*
                                     By: LaTonya Sims, Esq.
                                     Georgia Bar No. 711135
                                     100 Galleria Parkway, Suite 1570
                                     Atlanta, Georgia 30339
                                     Tel: (770) 874-2445
                                     Email: LaTonya.S@gitmeidlaw.com *Attorneys for Plaintiff Lorena Scott Viera*