IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORENA SCOTT VIERA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JPMORGAN CHASE BANK, ) <br> NATIONAL ASSOCIATION AND ) <br> EQUIFAX INFORMATIONAL ) <br> SERVICES, LLC, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br><br> 1:25-CV-03425-SEG |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO JPMORGAN CHASE BANK, N.A.**

Plaintiff Lorena Scott Viera and Defendant JPMorgan Chase Bank, N.A., by and through their undersigned counsel of record, hereby jointly stipulate and agree that this action, including all counts alleged in the Complaint by Plaintiff against Defendant JPMorgan Chase Bank, N.A., should be dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

61836324 v1

Respectfully submitted this 30th day of July, 2025.

| | |
|---|---|
| */s/LaTonya Sims* | */s/ Joseph H. Stuhrenberg* |
| LaTonya Sims | Joseph H. Stuhrenberg |
| Georgia Bar No. 711135 | Georgia Bar No. 398537 |
| LaTonya.S@gitmeidlaw.com | jstuhrenberg@burr.com |
| **LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC** | **BURR & FORMAN LLP** |
| 100 Galleria Parkway | 1075 Peachtree Street NE |
| Suite 1570 | Suite 3000 |
| Atlanta, Georgia 30339 | Atlanta, Georgia 30309 |
| Telephone: (770) 874-2445 | Telephone: (404) 815-3000 |
| | Facsimile: (404) 817-3244 |
| *Attorney for Plaintiff Lorena Scott Viera* | *Attorney for Defendant JPMorgan Chase Bank, N.A* |